No. 03–7244. CASTRO-GARCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03–7245. DUNNE *v.* OLSON, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 03–7247. COLEMAN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. 

No. 03–7253. SNEED *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–7268. LAND *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–7269. SEAL X *v.* DANIELS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7278. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–1318. ZAPATA HERMANOS SUCESORES, S. A. *v.* HEARTHSIDE BAKING CO., INC., DBA MAURICE LENELL COOKY CO. C. A. 7th Cir. Motion of International Association of Contract and Commercial Managers et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 03–165. GENERAL MOTORS CORP. *v.* UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 03–261. FAWCETT *v.* MCROBERTS ET UX. C. A. 4th Cir. Motion of Scottish Ministers for leave to file a brief as *amicus curiae* granted. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 03–272. DOW CHEMICAL CO. *v.* AES CORP.; and
No. 03–432. AES CORP. *v.* DOW CHEMICAL CO. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions. Reported below: 325 F. 3d 174.